# Court of Appeals
# of the State of Georgia

ATLANTA,____April 17, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15D0318.  DAY & DODDS, L.L.C. v. COMMUNITY BANK & TRUST OF WEST GEORGIA.**

Jerrie Ryles Florence filed an action to disburse excess funds held by the clerk of the Superior Court of Muscogee County after property she owned was purchased in a tax sale.  The trial court disbursed the excess funds to Florence and Florence's counsel, Day & Dodds, L.L.C.  Community Bank & Trust of West Georgia filed a motion to set aside the disbursement order.  The trial court granted the motion to set aside, ordering Florence and Day & Dodds, L.L.C. to return the funds to the court for disbursement at a later time.  Day & Dodds, LLC filed an application for discretionary appeal.  However, we lack jurisdiction.

Although an appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary appeal, see OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116 (640 SE2d 688) (2006), an appeal from the grant of a motion to set aside leaves the case pending in the trial court below and is not a final judgment. *Guy v. Roberson*, 214 Ga. App. 391, 392 (1) (448 SE2d 60) (1994). Such non-final orders must be appealed through the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b). Id.  Because Day & Dodd, L.L.C. failed to follow the interlocutory appeal procedure, we lack jurisdiction to consider this application.  Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____04/17/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*